Thomas McPherson v. Daniel J. McGillis and a
Quantity of Logs, and William V. Penoyar
and Wedworth C. Penoyar, Inter-
vening Owners.

*Lag-lien law—Sufficiency of affidavit.*

The provision of How. Stat. § 7987, that an affidavit for attachment
shall not be deemed insufficient by reason of the intervention
of a day between the date of the jurat and the issuing of the
writ, does not apply to proceedings by attachment under the
log-lien law.

Error to Crawford.   (Simpson, J.)   Argued October 14,
1892.   Decided December 2, 1892.

Attachment under log-lien law.   Defendant log-owners
bring error.   Reversed.   The facts are sufficiently stated in
the opinion.

*M. J. Connine,* for appellants.

*O. Palmer,* for plaintiff.

McGrath, C. J.   This is an appeal by the owners from
a judgment in a proceeding under Act No. 229, Laws of
1887, providing for a lien for labor and services upon logs,
etc.

The affidavit for the writ of attachment was made on
March 5, and the writ issued March 6, 1891.   The pro-
vision in section 7987 (chap. 275) How. Stat., that an
affidavit shall not be deemed insufficient by reason of the
intervention of a day between the date of the jurat and
the issuing of the writ, applies only to writs issued under
that chapter, and not to proceedings by attachment under
the log-lien act.   This defect was jurisdictional, and ren-

ders the entire proceeding invalid. *Drew v. Dequindre,* 2 Doug. 93; *Buckley v. Lowry,* 2 Mich. 418; *Wilson v. Arnold,* 5 Id. 98; *Fessenden v. Hill,* 6 Id. 242.

It is unnecessary to consider the other allegations of error.

The judgment must be reversed as to appellants, and no new trial granted as to them, with costs of both courts to the appellants.

The other Justices concurred.